IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BENJAMIN CARTER,
    *Plaintiff,*

v.                              1:23-cv-153-MSN-LRV

L. JOHNSON,
    *Defendant.*

## ORDER

    This *pro se* civil action brought by former Virginia inmate Benjamin Carter has advanced beyond the summary judgment stage, and the discovery period is now closed. *See* ECF 78, 80, 82. In the interests of justice and in light of Carter's settlement proposal stating, *inter alia*, that he "would like $2,500.00 Monetary Relief," ECF 70 at 1, the Court will refer this matter to the Honorable Lindsey R. Vaala for mediation before setting it for trial. Accordingly, it is hereby

    ORDERED that this matter is REFERRED to Magistrate Judge Vaala to encourage expeditious resolution of the parties' dispute. Magistrate Judge Vaala shall proceed as she deems appropriate. If the parties are unable to settle this matter within ninety (90) days, the Court shall enter a further order setting a trial date.

    The Clerk is directed to (A) send a copy of this Order to Benjamin Carter, *pro se*, and to counsel for L. Johnson and (B) notify Magistrate Judge Vaala that this Order has been entered.

                                                                        /s/
                                                        Michael S. Nachmanoff
                                                        United States District Judge

July 9, 2025
Alexandria, Virginia