- Attorney General for Virginia
  202 N. Ninth Street
  Richmond, Va. 23219
- Carter V. Johnson et al.,
- Civil Action No. 1:23-cv-153

— July 19, 2025



- Settlement Offer Proposal Per ECF. 83

Pursuant to the federal Judges Order for us to settle my PRIMA FACIE claims of Excessive Force, Retaliation, Assault and Battery totalling $2,000,000.00 (Two Million) in monetary relief as well as an additional $140,000.00 (one hundread and forty thousand) for PRIMA FACIE claims of spoiliation of the video's that were supposed to be saved, as well as my "numerous" attempts to settle this case over a year see ECT. 47 (March 5, 2024), I "still" will settle this case to be removed for the INTREST OF JUSTICE "ONLY" for the now following remedies set forth below;

1. Dismissal "WITH PREJUDICE" of ALL PENDING charges in Newport News City Courts that I am currently being held on and NO MONETARY RELIEF and no liability on the defendant or state in this case or the Newport News Pending

Pg#1 of 4

FALSE Charges, as well as a plea that I will take for my pending WISE COUNTY CIRCUIT COURT case to be lessend to a MISDERMINOR ASSAULT and BATTERY with ALL TIME SUSPENDED.

This proposed settlement Above #1. is what is REASONABLE and will save the state time, money, and resources in 3 (three) Diffrent pending cases that will be the results asked for ANY WAYS ABOVE in #1. & Cf. 70 proposal of "$2,500.00" was a option for me over a year ago, however, you declined to settle then, and the circumstances have changed, and I no longer am going to adhere to "$2,500.00" monetary relief. However, if a monetary relief settlement is what you want? instead of my NO MONETARY RELIEF proposal above, I will settle this case for the following below in #2;

2. $1,000,000.00 (One Million Dollars) made payable to Karyn Petersen, w/ NO LIABILITY on the State or the defendant.

I expressly state that any monetary valued remedy we reach WILL NOT be made to me because I am donating ALL of the money to

Pg# 2 of 4

the named individual above, and will no longer take, or accept, monetary payments from this case for PERSONAL or BUSINESS USE to benefit from finacially. I express with concern, that I just want to be left alone and stop being harrassed in retaleation for suing republican officials for violating CLEARLY ESTABLISHED CONSTITUTIONAL RIGHTS OF THE U.S.A. by giving me "criminal" charges and conspiring to falsify and plant (fake) evidence against me for all my 42 U.S.C. §1983 successfully PROVEN claims totalling over 30 violations by Republican Officials of the U.S.A..

In Conclusion, if neither Proposal #1 of #2 is agreed upon you on behalf of defendants, you may file a declination of settlement confrence w/ the clerk and save the courts and us time, expenses, and resources, and a JURY TRIAL date can be set for the entire $2,000,000.00 in monetary relief and liability requested, in my operative complaint. I hope to hear from you soon.

Respectfully Submitted,
Pro Se Benjamin Carter
224 26th street
Pg #3 of 4

Newport News, Va, 23607



July 19, 2025

I certify that this document was sent via U.S. Mail to the parties listed below.

A. Clerk, U.S.D.C. (Orignal)
   401 Courthouse Square
   Alexandria, Va, 22314

B. Attorney General for Virginia (Copy)
   202 N. Ninth Street
   Richmond, Va, 23219

Pg# 4 of 4